# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JANOYCE CULLAR,

                Plaintiff,                      20 **CIVIL** 5153 (SN)

        -v-                                    **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 4, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          February 4, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                            **Clerk of Court**
                                        **BY:**
                                                           **Deputy Clerk**